```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 16264
    TIFFANY C BAILEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-4399

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 12/09/2006 and was confirmed 03/29/2007.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

       The case was dismissed after confirmation 07/26/2007.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
   AMERICAS RECOVERY NETWOR  UNSECURED        NOT FILED          .00            .00
   AMSHER COLLECTION SERVIC  UNSECURED        NOT FILED          .00            .00
   ARMOR SYSTEMS CORP        UNSECURED        NOT FILED          .00            .00
   CAPITAL ONE BANK          UNSECURED        NOT FILED          .00            .00
   CALVARY PORTFOLIO SVCS    UNSECURED        NOT FILED          .00            .00
   CHECK RECOVERY SYSTEMS    UNSECURED        NOT FILED          .00            .00
   CITY OF CHICAGO PARKING   UNSECURED          8600.00          .00            .00
   CRED PROTECTION ASSOCIAT  UNSECURED        NOT FILED          .00            .00
   DRS BONDED COLLECTION     UNSECURED        NOT FILED          .00            .00
   ER SOLUTIONS INC          UNSECURED          1548.07          .00            .00
   IC SYSTEMS                UNSECURED        NOT FILED          .00            .00
   ILLINOIS DEPT OF REV      PRIORITY           147.00           .00            .00
   ILLINOIS STATE HIGHWAY A  UNSECURED        NOT FILED          .00            .00
   INTERNAL REVENUE SERVICE  PRIORITY          4801.83           .00            .00
   JEFFERSON CAPITAL SYSTEM  UNSECURED        NOT FILED          .00            .00
   OVERLAND BOND & INVESTME  UNSECURED        NOT FILED          .00            .00
   PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00            .00
   PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED          .00            .00
   AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00            .00
   UNITED COLLECTION BUREAU  UNSECURED        NOT FILED          .00            .00
   WASHINGTON MUTUAL         UNSECURED        NOT FILED          .00            .00
   ARMOR SYSTEMS CORP        UNSECURED        NOT FILED          .00            .00
   CAPITAL ONE BANK          UNSECURED        NOT FILED          .00            .00
   JEFFERSON CAPITAL SYSTEM  UNSECURED        NOT FILED          .00            .00
   CHARTER ONE BANK          UNSECURED        NOT FILED          .00            .00
   INTERNAL REVENUE SERVICE  UNSECURED            13.25          .00            .00
   T MOBILE                  UNSECURED           220.08          .00            .00
   RESURGENT CAPITAL SERVIC  UNSECURED           289.97          .00            .00
   ILLINOIS DEPT OF REV      UNSECURED            13.60          .00            .00
   ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,493.00                       568.43
   TOM VAUGHN                TRUSTEE                                           37.57
   DEBTOR REFUND             REFUND                                             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16264 TIFFANY C BAILEY
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    606.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     568.43
TRUSTEE COMPENSATION                                37.57
DEBTOR REFUND                                         .00
                       ---------------     ---------------
TOTALS                     606.00               606.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 10/23/07                   /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE